George E. Farish v. Frank C. Armstrong.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James Tringle v. Henry L. Converse and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isaac Schwartz v. Louis A. Sable.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Robinson Clay Product Company v. John Thatcher & Son.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jacob Schechter and Others v. Gussie Nankin.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John T. Loew v. Albert D. Gillespie.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Joseph W. Balet v. Frederick J. H. Kracke and Others. — Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Timothy J. Murphy v. Harrison Granite Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Timothy J. Murphy v. Harrison Granite Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ashley C. L. Littler v. Benjamin Joffe and Others.— Motion granted on appellant giving an undertaking to pay any damages sustained by respondent by reason of the stay in the sum of $1,000. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Bela Mekki v. Holbrook, Cabot & Rollins Corporation.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Alexander Fischel v. Meyer Friedlander and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Alexander Fischel v. Meyer Friedlander and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Margaret Fleischauer v. The City of New York.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James Ward, Respondent, v. Whitney Company, Inc., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Solomon May, Appellant, v. E. May, Inc., and New York Telephone

Company, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Patrick Coyle, Respondent, v. Herbert Dongan Construction Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Isidor Ginsberg, Respondent, v. Triangle Waist Company, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Henrietta Ginsberg, an Infant, etc., Respondent, v. Triangle Waist Company, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John A. Krus, Jr., Respondent, v. New York Telephone Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Alexis Witte, Appellant, v. Geneva Cutlery Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Amelia M. Abrams, Appellant, v. Alexander Abrams, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Esther Bernstein, Respondent, v. Isaac Friend, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Morris Suckno, Appellant, v. The Public Bank of New York City, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

George Murphy, an Infant, etc., Respondent, v. Jagels & Bellis, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Mary C. Fay, an Infant, etc., Respondent, v. The American Surety Company of New York and Empire Carting Company, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John M. Weinberg, Respondent, v. Hyman Bauman and Henry W. Roberts, Appellants.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Irene Lamkin, Appellant, v. Harry Tobin Lamkin, Defendant. Maud Defour McCay, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

May Love Landon, Respondent, v. Louis C. Mott and Another, as Executors, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — McLaughlin, Laughlin, Scott and Dowling, JJ.

William W. Farley, as State Commissioner of Excise of the State of New York, Respondent, v. Henry F. Petersen, Appellant, Impleaded with